**BRYAN CAVE LLP**
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
Telephone:    415-675-3400
Facsimile:    415-675-3434
E-mail:       tracy.talbot@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   310-576-2100
Facsimile:   310-576-2200
Email:       reboone@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, LP

\*\* E-filed August 16, 2010 \*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAGHAV BHARGAVA and SANGEETA BHARGAVA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. a National Banking Association; BAC HOME LOANS SERVICING, LP, a limited partnership; and DOES 1-10 inclusive,<br><br>            Defendants. | Case No. 5:10-cv-03423-HRL<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed:    July 29, 2010<br>Trial Date:         Not set<br><br>**[N.D. Local Rule 6-2]** |

1    Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP ("Defendants")
2 and Plaintiffs Raghav Bhargava and Sangeeta Bhargava ("Plaintiffs") (collectively the "Parties"),
3 by and through their counsel of record, hereby stipulate and agree as follows:
4    1.    Plaintiffs filed their Complaint in this action in Santa Clara County Superior Court
5 on July 19, 2010.
6    2.    Prior to responding to the Complaint, Defendants removed this action to the United
7 States District Court for the Northern District of California on August 4, 2010.
8    3.    Pursuant to Federal Rules of Civil Procedure Rule 81(c)(2)(C) Defendants have up
9 to and including August 11, 2010, to respond to the Complaint.
10   4.    An extension of time for Defendants to respond to the Complaint will allow the
11 Parties time to investigate this matter and discuss settlement without incurring additional
12 attorneys' fees and costs associated with formally responding to the Complaint.
13   5.    An extension of time for Defendants to respond to the Complaint would not result
14 in prejudice to any party to this action or to this Court.
15   6.    There have been no previous extensions of time for Defendants to respond to the
16 Complaint requested of or granted by the Court.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

| | |
|---|---|
| 1 | Based on the foregoing, the Parties hereby stipulate as follows: |
| 2 | 1. Defendants' time to file and serve their response to the Complaint is extended up to |
| 3 | and including September 13, 2010. |
| 4 | IT IS SO STIPULATED. |
| 5 | Dated: August 10, 2010 |
| | MILLER STARR REGALIA |
| | By: /s/ Bruce Laidlaw |
| | Bruce Laidlaw |
| | Attorneys for Plaintiffs |
| | RAGHAV BHARGAVA and SANGEETA BHARGAVA |
| | Dated: August 10, 2010 |
| | BRYAN CAVE LLP |
| | Robert E. Boone, III, Esq. |
| | Tracy M. Talbot, Esq. |
| | By: /s/ Tracy M. Talbot |
| | Tracy M. Talbot |
| | Attorneys for Defendants |
| | BANK OF AMERICA, N.A. and |
| | BAC HOME LOANS SERVICING, LP |

[PROPOSED] ORDER

The Court, having duly considered the Parties' stipulation set forth above, hereby finds as follows:

1. Defendants' time to file and serve their response to the Complaint shall be extended up to and including September 13, 2010.

IT IS SO ORDERED.

Dated: August 16, 2010

/s/ Howard R. Lloyd
Hon. Howard R. Lloyd
United States District Court
Northern District of California