BRUCE W. LAIDLAW (Bar No. 66509)
MILLER STARR REGALIA
A Professional Law Corporation
435 Tasso Street, Suite 315
Palo Alto, California 94301
Telephone:   650 463 7800
Facsimile:   650 462 1010

Attorneys for Plaintiffs
RAGHAV BHARGAVA and SANGEETA BHARGAVA

** E-filed August 20, 2010 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHAV BHARGAVA and SANGEETA BHARGAVA,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Banking Association; BAC HOME LOANS SERVICING, LP, a limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | No. 5:10-cv-3423 HRL<br><br>JOINT STIPULATION SETTING PRELIMINARY INJUNCTION HEARING DATE, ESTABLISHING BRIEFING SCHEDULE AND EXTENDING TEMPORARY RESTRAINING ORDER; ORDER [PROPOSED] |

STIPULATION

IT IS HEREBY STIPULATED by and between counsel of record for defendants Bank of America, N.A. and BAC Home Loans Serving, LP ('defendants') and plaintiffs Raghav Bhargava and Sangeeta Bhargava ('plaintiffs') (together, the 'Parties'), as follows:

1.   The OSC Re Preliminary Injunction issued and filed on July 22, 2010, in the lawsuit entitled *Bhargava, et al. v. Bank of America, N.A., et al.*, Santa Clara County Superior Court, Case No. 110CV177251 (the 'State Court Action'), may be scheduled for hearing in this Court on September 21, 2010, at 10:00 a.m. The following materials filed in the State Court Action, and subsequently filed in this Court by defendants in connection with their removal of the

State Court Action to this Court, shall constitute the moving papers for the OSC Re Preliminary Injunction:

    (a)    Memorandum of Points and Authorities In Support of Plaintiffs' Ex Parte Application For Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction;

    (b)    Declaration of Plaintiff Raghav Bhargava In Support of Ex Parte Application For Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction; and

    (c)    Declaration of Plaintiff Sangeeta Bhargava In Support of Ex Parte Application For Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction.

2. The following schedule shall apply to the briefing for the OSC Re Preliminary Injunction:

    a.    Defendants shall file and serve their opposition brief, if any, to the OSC Re Preliminary Injunction on or before August 27, 2010.

    b.    Plaintiffs shall serve and file their final reply brief with respect to the OSC Re Preliminary Injunction on or before September 7, 2010.

3. The Temporary Restraining Order ('TRO') signed and filed on July 22, 2010, in the State Court Action, and subsequently filed in this Court, shall remain in effect pending the preliminary injunction hearing scheduled in paragraph 1 above. Pursuant to that TRO, defendants are restrained and enjoined from (a) selling, listing for sale, marketing or otherwise attempting to sell certain real property formerly owned by plaintiffs located at 11860 Francemont Avenue, Los Altos Hills, California (the "Property"); (b) informing any credit reporting agency or service of the foreclosure sale of the Property that occurred on June 21, 2010, pursuant to which defendant BAC Home Loans Servicing, LP, acquired title to the Property; and (c) attempting to evict or evicting plaintiffs from the Property.

Dated: August 17, 2010                        MILLER STARR REGALIA

By: *Bruce Laidlaw*
BRUCE W. LAIDLAW

Counsel for Plaintiffs RAGHAV BHARGAVA and SANGEETA BHARGAVA

Dated: August 17, 2010

BRYAN CAVE LLP

By: /s/ Tracy M. Talbot
TRACY M. TALBOT
Attorneys for Defendants BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP

ORDER [PROPOSED]

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO ORDERED:

_____August 20_____, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

BHGV\48866\816347.1

-3-

JOINT STIPULATION