** E-filed August 26, 2010 **

1  **BRYAN CAVE LLP**
   Tracy M. Talbot, California Bar No. 259786
2  Two Embarcadero Center, Suite 1410
   Telephone:  415-675-3400
3  Facsimile:  415-675-3434
   E-mail:     tracy.talbot@bryancave.com
4
   **BRYAN CAVE LLP**
5  Robert E. Boone III, California Bar No. 132780
   120 Broadway, Suite 300
6  Santa Monica, CA 90401-2386
   Telephone:  310-576-2100
7  Facsimile:  310-576-2200
   Email:      reboone@bryancave.com
8
   Attorneys for Defendants
9  BANK OF AMERICA, N.A. and
   BAC HOME LOANS SERVICING, LP

10

11                    UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13

14 | RAGHAV BHARGAVA and SANGEETA        | Case No. 5:10-cv-03423-HRL
     BHARGAVA,
15 |                                      | Hon. Howard R. Lloyd
                   Plaintiffs,
16 |                                      | **JOINT STIPULATED REQUEST FOR
           vs.                              ORDER EXTENDING DEFENDANTS'**
17 |                                      | **TIME TO RESPOND TO COMPLAINT
     BANK OF AMERICA, N.A. a National       AND EXTENDING PRELIMINARY**
18 | Banking Association; BAC HOME LOANS  | **INJUNCTION HEARING DATE,**
     SERVICING, LP, a limited partnership; and
19 | DOES 1-10 inclusive,                 | **BRIEFING SCHEDULE, AND
                                            TEMPORARY RESTRAINING ORDER;**
20 |              Defendants.             | [PROPOSED] **ORDER**

21

22                                         Complaint Filed:  July 29, 2010
                                           Trial Date:       Not set
23
                                           **[N.D. Local Rule 6-2]**
24

25

26

27

28

SF01DOCS\20514.1

JOINT STIPULATION

**STIPULATION**

Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP ("Defendants") and Plaintiffs Raghav Bhargava and Sangeeta Bhargava ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Parties' previous stipulation, the Court entered its order dated August 16, 2010, extending Defendants' time to respond to the Complaint to September 13, 2010.

2. The Parties stipulate and hereby request this Court extend the time for Defendants to respond to the Complaint to September 28, 2010.

3. The OSC Re Preliminary Injunction issued and filed on July 22, 2010, in the lawsuit entitled *Bhargava, et al. v. Bank of America, N.A., et al.*, Santa Clara County Superior Court, Case No. 110CV177251 (the "State Court Action"), is scheduled for hearing in this Court on September 21, 2010, at 10:00 a.m.

4. Pursuant to the Parties' previous stipulation, the Court entered its order on August 20, 2010, setting forth the following briefing schedule for the OSC Re Preliminary Injunction:

    a. Defendants shall file and serve their opposition brief to the OSC Re Preliminary Injunction on or before August 27, 2010.

    b. Plaintiffs shall serve and file their final reply brief with respect to the OSC Re Preliminary Injunction on or before September 7, 2010.

5. The Parties stipulate and hereby request this Court extend the preliminary injunction hearing date and briefing schedule as follows:

    a. The preliminary injunction shall be scheduled for hearing in this Court on October 19, 2010, at 10:00 a.m.

    b. Defendants shall file and serve their opposition brief to the OSC Re Preliminary Injunction on or before September 28, 2010.

    c. Plaintiffs shall file and serve their final reply brief with respect to the OSC Re Preliminary Injunction on or before October 5, 2010.

6. The Temporary Restraining Order ("TRO") signed and filed on July 22, 2010, in the State Court Action, and subsequently filed in this Court, shall remain in effect pending the

preliminary injunction hearing scheduled in paragraph 5 above. Pursuant to the TRO, defendants are restrained and enjoined from (a) selling, listing for sale, marketing or otherwise attempting to sell certain real property formerly owned by plaintiffs located at 11860 Francemont Avenue, Los Altos Hills, California (the "Property"); (b) informing any credit reporting agency or service of the foreclosure sale of the Property that occurred on June 21, 2010, pursuant to which defendant BAC Home Loans Servicing, LP, acquired title to the Property; and (c) attempting to evict or evicting plaintiffs from the Property.

7. The Parties are currently engaged in settlement negotiations. An extension of time for Defendants to respond to the Complaint and submit briefs in response to the OSC Re Preliminary Injunction will allow the Parties time to further investigate this matter and discuss settlement without incurring additional attorneys' fees and costs associated with litigation.

8. The extensions of time requested herein would not result in prejudice to any party to this action or to this Court.

**IT IS SO STIPULATED.**

Dated: August 25, 2010

**MILLER STARR REGALIA**

By: /s/ Bruce Laidlaw
Bruce Laidlaw
Attorneys for Plaintiffs
RAGHAV BHARGAVA and SANGEETA BHARGAVA

Dated: August 25, 2010

**BRYAN CAVE LLP**
Robert E. Boone, III, Esq.
Tracy M. Talbot, Esq.

By: /s/ Tracy M. Talbot
Tracy M. Talbot
Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, LP

1  **[PROPOSED] ORDER**

2       Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO ORDERED.

3

4  August 26, 2010_____, 2010    _____
                                      HOWARD R. LLOYD
5                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28