| | |
|---|---|
| 1 | **BRYAN CAVE LLP** |
|   | Tracy M. Talbot, California Bar No. 259786 |
| 2 | Two Embarcadero Center, Suite 1410 |
|   | Telephone:   415-675-3400 |
| 3 | Facsimile:    415-675-3434 |
|   | E-mail:         tracy.talbot@bryancave.com |
| 4 | |
|   | **BRYAN CAVE LLP** |
| 5 | Robert E. Boone III, California Bar No. 132780 |
|   | 120 Broadway, Suite 300 |
| 6 | Santa Monica, CA 90401-2386 |
|   | Telephone:  310-576-2100 |
| 7 | Facsimile:   310-576-2200 |
|   | Email:         reboone@bryancave.com |
| 8 | |
|   | Attorneys for Defendants |
| 9 | BANK OF AMERICA, N.A. and |
|   | BAC HOME LOANS SERVICING, LP |

** E-filed September 28, 2010 **

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAGHAV BHARGAVA and SANGEETA BHARGAVA, | Case No. 5:10-cv-03423-HRL |
| Plaintiffs, | Hon. Howard R. Lloyd |
| vs. | **JOINT STIPULATED REQUEST FOR ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND EXTENDING PRELIMINARY INJUNCTION HEARING DATE, BRIEFING SCHEDULE, AND TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER** |
| BANK OF AMERICA, N.A. a National Banking Association; BAC HOME LOANS SERVICING, LP, a limited partnership; and DOES 1-10 inclusive, | |
| Defendants. | |
| | Complaint Filed:   July 29, 2010 |
| | Trial Date:             Not set |
| | **[N.D. Local Rule 6-2]** |

## STIPULATION

Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP ("Defendants") and Plaintiffs Raghav Bhargava and Sangeeta Bhargava ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Parties' previous stipulation, the Court entered its order dated August 26, 2010, extending Defendants' time to respond to the Complaint to September 28, 2010.

2. The Parties have agreed on specific settlement terms and are working to memorialize such terms in a formal settlement agreement. Therefore, the Parties stipulate and hereby request this Court extend the time for Defendants to respond to the Complaint to October 19, 2010, to allow sufficient time to finalize the settlement without incurring additional costs and fees associated with formally responding to the Complaint.

3. The OSC Re Preliminary Injunction issued and filed on July 22, 2010, in the lawsuit entitled *Bhargava, et al. v. Bank of America, N.A., et al.*, Santa Clara County Superior Court, Case No. 110CV177251 (the "State Court Action"), is scheduled for hearing in this Court on October 19, 2010, at 10:00 a.m.

4. Pursuant to the Parties' previous stipulation, the Court entered its order on August 26, 2010, setting forth the following briefing schedule for the OSC Re Preliminary Injunction:

   a. Defendants shall file and serve their opposition brief to the OSC Re Preliminary Injunction on or before September 28, 2010.

   b. Plaintiffs shall file and serve their final reply brief with respect to the OSC Re Preliminary Injunction on or before October 5, 2010.

5. The Parties stipulate and hereby request this Court extend the preliminary injunction hearing date and briefing schedule as follows:

   a. The preliminary injunction shall be scheduled for hearing in this Court on November 9, 2010, at 10:00 a.m.

   b. Defendants shall file and serve their opposition brief to the OSC Re Preliminary Injunction on or before October 19, 2010.

c.  Plaintiffs shall file and serve their final reply brief with respect to the OSC Re Preliminary Injunction on or before October 26, 2010.

6. The Temporary Restraining Order ("TRO") signed and filed on July 22, 2010, in the State Court Action, and subsequently filed in this Court, shall remain in effect pending the preliminary injunction hearing scheduled in paragraph 5 above. Pursuant to the TRO, Defendants are restrained and enjoined from (a) selling, listing for sale, marketing or otherwise attempting to sell certain real property formerly owned by plaintiffs located at 11860 Francemont Avenue, Los Altos Hills, California (the "Property"); (b) informing any credit reporting agency or service of the foreclosure sale of the Property that occurred on June 21, 2010, pursuant to which defendant BAC Home Loans Servicing, LP, acquired title to the Property; and (c) attempting to evict or evicting plaintiffs from the Property.

7. The extensions of time requested herein would not result in prejudice to any party to this action or to this Court.

**IT IS SO STIPULATED.**

Dated: September 24, 2010

MILLER STARR REGALIA

By: /s/ Bruce Laidlaw
Bruce Laidlaw
Attorneys for Plaintiffs
RAGHAV BHARGAVA and SANGEETA BHARGAVA

Dated: September 24, 2010

BRYAN CAVE LLP
Robert E. Boone, III, Esq.
Tracy M. Talbot, Esq.

By: /s/ Tracy M. Talbot
Tracy M. Talbot
Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, LP

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO ORDERED.

September 28, 2010

_____
Hon. Howard R. Lloyd
United States District Court
Northern District of California