```
1  BRUCE W. LAIDLAW (Bar No. 66509)              ** E-filed October 6, 2010 **
   MILLER STARR REGALIA
2  A Professional Law Corporation
   435 Tasso Street, Suite 315
3  Palo Alto, California 94301
   Telephone:   650 463 7800
4  Facsimile:   650 462 1010

5  Attorneys for Plaintiffs
   RAGHAV BHARGAVA and SANGEETA
6  BHARGAVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAGHAV BHARGAVA and SANGEETA BHARGAVA, | No. 5:10-cv-3423 HRL |
|---|---|
| Plaintiffs, | JOINT STIPULATED REQUEST FOR ORDER MODIFYING DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER |
| v. | |
| BANK OF AMERICA, N.A., a National Banking Association; BAC HOME LOANS SERVICING, LP, a limited partnership; and DOES 1-10, inclusive, | Complaint Filed: July 29, 2010 |
| | Trial Date: Not set |
| Defendants. | |

STIPULATION

Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP ("Defendants") and plaintiffs Raghav Bhargava and Sangeeta Bhargava ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. The Parties have agreed on a settlement framework and are working to memorialize their settlement in a formal agreement. As a result, the Parties stipulate, and hereby request this Court, to modify the schedule set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines filed herein on August 24, 2010, as follows:

| Event | Original Date | New Date |
|---|---|---|
| Last day to meet and confer re initial disclosure, ADR selection and discovery plan; to file signed ADR Certification; and to file Stipulation to ADR Process or Notice of Need for ADR Phone Conference | October 5, 2010 | November 9, 2010 |
| Last date to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | October 19, 2010 | November 23, 2010 |
| INITIAL CASE MANAGEMENT CONFERENCE (Dept. 2, 1:30 p.m.) | October 26, 2010 | November 30, 2010 |

2. The extensions of time requested herein will not result in prejudice to any party to this action or to the Court.

IT IS SO STIPULATED.

Dated: October 5, 2010

MILLER STARR REGALIA

By: /s/ Bruce Laidlaw
BRUCE W. LAIDLAW
Counsel for Plaintiffs RAGHAV BHARGAVA and SANGEETA BHARGAVA

BHGV\48866\821339.1

-2-

JOINT STIPULATED REQUEST FOR ORDER MODIFYING DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER

1  Dated: October 5, 2010                    BRYAN CAVE LLP

2

3                                            By: _____
                                                 TRACY M. TALBOT
4                                                Attorneys for Defendants BANK OF
                                                 AMERICA, N.A. and BAC HOME LOANS
5                                                SERVICING, LP

6
                                    [PROPOSED] ORDER
7

8        Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO
9  ORDERED:

10
        October 6
11  _____, 2010            _____
                                            Hon. Howard R. Lloyd
12                                          United States District Court
                                            Northern District of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  BHGV\48866\821339.1              -3-      JOINT STIPULATED REQUEST FOR ORDER
                                              MODIFYING DATE OF INITIAL CASE
                                              MANAGEMENT CONFERENCE AND ADR
                                              DEADLINES; [PROPOSED] ORDER