**BRYAN CAVE LLP**
Tracy M. Talbot, California Bar No. 259786
Two Embarcadero Center, Suite 1410
Telephone:    415-675-3400
Facsimile:    415-675-3434
E-mail:    tracy.talbot@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    310-576-2100
Facsimile:    310-576-2200
Email:    reboone@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAGHAV BHARGAVA and SANGEETA BHARGAVA,<br><br>          Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. a National Banking Association; BAC HOME LOANS SERVICING, LP, a limited partnership; and DOES 1-10 inclusive,<br><br>          Defendants. | Case No. 5:10-cv-03423-HRL<br><br>Hon. Howard R. Lloyd<br><br>**JOINT STIPULATED REQUEST FOR ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND EXTENDING PRELIMINARY INJUNCTION HEARING DATE, BRIEFING SCHEDULE, AND TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER**<br><br>Complaint Filed:   July 29, 2010<br>Trial Date:             Not set<br><br>**[N.D. Local Rule 6-2]** |

SF01DOCS\22057.1

JOINT STIPULATION

## STIPULATION

Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP ("Defendants") and Plaintiffs Raghav Bhargava and Sangeeta Bhargava ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Parties' previous stipulation, the Court entered its order dated September 28, 2010, extending Defendants' time to respond to the Complaint to October 19, 2010.

2. The Parties are finalizing a formal settlement agreement. Therefore, the Parties stipulate and hereby request this Court extend the time for Defendants to respond to the Complaint to October 26, 2010, to allow sufficient time to finalize the settlement without incurring additional costs and fees associated with formally responding to the Complaint.

3. The OSC Re Preliminary Injunction issued and filed on July 22, 2010, in the lawsuit entitled *Bhargava, et al. v. Bank of America, N.A., et al.*, Santa Clara County Superior Court, Case No. 110CV177251 (the "State Court Action"), is scheduled for hearing in this Court on November 9, 2010, at 10:00 a.m.

4. The Parties stipulate and hereby request this Court extend the preliminary injunction hearing date and briefing schedule as follows:

    a. The preliminary injunction shall be scheduled for hearing in this Court on November 16, 2010, at 10:00 a.m.

    b. Defendants shall file and serve their opposition brief to the OSC Re Preliminary Injunction on or before October 26, 2010.

    c. Plaintiffs shall file and serve their final reply brief with respect to the OSC Re Preliminary Injunction on or before November 2, 2010.

5. The Temporary Restraining Order ("TRO") signed and filed on July 22, 2010, in the State Court Action, and subsequently filed in this Court, shall remain in effect pending the preliminary injunction hearing scheduled in paragraph 4 above. Pursuant to the TRO, Defendants are restrained and enjoined from (a) selling, listing for sale, marketing or otherwise attempting to sell certain real property formerly owned by plaintiffs located at 11860 Francemont Avenue, Los Altos Hills, California (the "Property"); (b) informing any credit reporting agency or service of the

1  foreclosure sale of the Property that occurred on June 21, 2010, pursuant to which defendant BAC
2  Home Loans Servicing, LP, acquired title to the Property; and (c) attempting to evict or evicting
3  plaintiffs from the Property.
4      6.   The extensions of time requested herein would not result in prejudice to any party
5  to this action or to this Court.
6      **IT IS SO STIPULATED.**

8  Dated: October 19, 2010                    **MILLER STARR REGALIA**

11                                 By: /s/ Bruce Laidlaw
                                        Bruce Laidlaw
12                                 Attorneys for Plaintiffs
                                   RAGHAV BHARGAVA and SANGEETA
13                                 BHARGAVA

14  Dated: October 19, 2010                    **BRYAN CAVE LLP**
15                                 Robert E. Boone, III, Esq.
                                   Tracy M. Talbot, Esq.
16
17                                 By: _____
                                        Tracy M. Talbot
18                                 Attorneys for Defendants
                                   BANK OF AMERICA, N.A. and
19                                 BAC HOME LOANS SERVICING, LP

22                             [PROPOSED] **ORDER**
23  Pursuant to the foregoing Stipulation, and good cause appearing IT IS SO ORDERED.

24  October 20, 2010
25                                 Hon. Howard R. Lloyd
                                   United States District Court
26                                 Northern District of California

1 foreclosure sale of the Property that occurred on June 21, 2010, pursuant to which defendant BAC
2 Home Loans Servicing, LP, acquired title to the Property; and (c) attempting to evict or evicting
3 plaintiffs from the Property.

4     6. The extensions of time requested herein would not result in prejudice to any party
5 to this action or to this Court.

**IT IS SO STIPULATED.**

Dated: October 19, 2010      **MILLER STARR REGALIA**

By: _____
    Bruce Laidlaw
Attorneys for Plaintiffs
RAGHAV BHARGAVA and SANGEETA BHARGAVA

Dated: October 19, 2010      **BRYAN CAVE LLP**
Robert E. Boone, III, Esq.
Tracy M. Talbot, Esq.

By: /s/ Tracy M. Talbot
    Tracy M. Talbot
Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, LP

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

_____, 2010      _____
Hon. Howard R. Lloyd
United States District Court
Northern District of California

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907