\*\* **E-filed November 12, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAGHAV BHARGAVA, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a national banking association, et al.,<br><br>            Defendants.<br>_____/ | No. C10-03423 HRL<br><br>**ORDER DISMISSING CASE PURSUANT TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Re: Docket No. 26]** |

Pursuant to Plaintiffs' notice of voluntary dismissal (Docket No. 26) and Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03423 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Bruce Walter Laidlaw | bwl@msandr.com, klr@msandr.com |
| Robert E. Boone , III | reboone@bryancave.com, jmsmith@bryancave.com |
| Tracy Marie Talbot | tracy.talbot@bryancave.com, ursula.manning@bryancave.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2